Frank J. Rubino
Corporation Counsel for the City of Yonkers
40 South Broadway
City Hall, Room 300
Yonkers, New York 10701
By: Rory McCormick (RM 3994)
Associate Corporation Counsel

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JASON WILLIAMS and LUCRESHIA AMORY,
Individually and on behalf of her minor children
ALFONZO SMART and SHAMANII EDGAR,

                                        Plaintiffs,

      -against-                                **ANSWER**

FRANK CAMPANA Individually and in his official
capacity, Officer HARAHAN (First Name Unknown)
Individually and in his official capacity, YONKERS     Index No. 08 Civ. 4696 (CLB)
POLICE DEPARTMENT and THE CITY OF YONKERS.

                                        Defendants.
------------------------------------------------------------------------X

       Defendants, FRANK CAMPANA, Officer HARAHAN, YONKERS POLICE DEPARTMENT and THE CITY OF YONKERS, by their attorney, FRANK J. RUBINO, Corporation Counsel of the City of Yonkers, as and for its Answer to the Complaint respectfully allege as follows:

### ANSWERING THE FIRST CAUSE OF ACTION

       FIRST: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraphs designated "1", "2", "3", "4", "5", "16", "17", "18" and "21" of the Complaint.

       SECOND: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraph designated "7" of the Complaint

and respectfully refers all questions of law to the Court; except admit that the City of Yonkers has a Police Department.

THIRD: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraph designated "8" of the Complaint and respectfully refers all questions of law to the Court; except admit that Frank Campana is a Detective employed by the City of Yonkers in the City of Yonkers Police Department.

FOURTH: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraph designated "9" of the Complaint and respectfully refers all questions of law to the Court; except admit that there is a Dennis Hanrahan employed by the City of Yonkers in the City of Yonkers Police Department.

FIFTH: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraphs designated "10", "11", "12", "13", "14", "15", "19", "22", "25" and "35" of the Complaint and respectfully refers all questions of law to the Court.

SIXTH: Denies upon information and belief, each and every allegation set forth in paragraphs designated "20", "23", "24", "26", "27", "28", "29", "30", "31", "32", "33" and "34" of the Complaint and respectfully refers all questions of law to the Court.

## ANSWERING THE SECOND CAUSE OF ACTION

SEVENTH: Defendants repeat and reiterate each and every admission and denial heretofore interposed with respect to the paragraph re-alleged in the paragraph designated

"36" of the Complaint with the same force and effect as though fully set forth herein at length.

EIGHTH: Denies upon information and belief, each and every allegation set forth in paragraphs designated "37", "38", "39", "40", "43", "45", "46", "47" and "48" of the Verified Complaint and respectfully refers all questions of law to the Court.

NINTH: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraphs designated "41", "42", "44" and "51" of the Complaint and respectfully refers all questions of law to the Court.

TENTH: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraph designated "49" of the Complaint and respectfully refers all questions of law to the Court; except admit that on or about October 26, 2007, a paper writing purporting to be a notice of claim was received in the Yonkers Corporation Counsel's Office and that more than thirty (30) days have elapsed since the presentation of said notice and that the claim has not been adjusted.

ELEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in the paragraph designated "50" of the Complaint and respectfully refers all questions of law to the Court; except admit that a statutory hearing pursuant to General Municipal Law Section 50-h has been conducted.

### ANSWERING THE THIRD CAUSE OF ACTION

TWELFTH: Defendants repeat and reiterate each and every admission and denial heretofore interposed with respect to the paragraph re-alleged in the paragraph designated "52" of the Complaint with the same force and effect as though fully set forth herein at length.

THIRTEENTH:  Denies upon information and belief, each and every allegation set forth in paragraph designated "53" of the Complaint and respectfully refers all questions of law to the Court.

### ANSWERING THE FOURTH CAUSE OF ACTION

FOURTEENTH: Defendants repeat and reiterate each and every admission and denial heretofore interposed with respect to the paragraph re-alleged in the paragraph incorrectly designated "50" of the Complaint with the same force and effect as though fully set forth herein at length.

FIFTEENTH:  Denies upon information and belief, each and every allegation set forth in paragraph incorrectly designated "51" of the Complaint and respectfully refers all questions of law to the Court.

SIXTEENTH:  Deny all allegations in the "Wherefore" portion of the Complaint, except those conclusions of law which accordingly require no response; and except admit that Plaintiff purports to proceed as stated therein.

### AS AND FOR A FIRST DEFENSE:

SEVENTEENTH:  Defendants had probable cause to search plaintiff's apartment and conducted a lawful search of said apartment.

### AS AND FOR A SECOND DEFENSE:

EIGHTEENTH:  That plaintiffs arrests were not effectuated falsely, maliciously or without probable cause.  On the contrary, there was reasonable and just cause for believing plaintiffs were guilty of criminal acts.

### AS AND FOR A THIRD DEFENSE:

NINETEENTH: Defendants' actions were in good faith and for good cause including, but not limited to, legitimate, rational and appropriate governmental interests.

### AS AND FOR A FOURTH DEFENSE:

TWENTIETH: Injuries and damages to plaintiffs were caused in whole or in part or were contributed to by the culpable conduct and want of care on the part of plaintiffs.

### AS AND FOR A FIFTH DEFENSE:

TWENTY-FIRST: At all times relevant to the Complaint, defendants have been in compliance with all requirements under the laws cited by the Complaint.

### AS AND FOR A SIXTH DEFENSE:

TWENTY-SECOND: The individual defendants are entitled to the defense of qualified immunity.

### AS AND FOR A SEVENTH DEFENSE:

TWENTY-THIRD: Defendant Yonkers Police Department is improperly sued in this action when the Police Department is merely a department of the City of Yonkers.

### AS AND FOR A EIGHTH DEFENSE:

TWENTY-FOURTH: The Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, defendants request judgment dismissing the Complaint together with costs, disbursements, and attorneys' fees and any other relief the Court deems just and proper.

Dated:  Yonkers, New York
        June 9, 2007

                Yours, etc.,
                FRANK J. RUBINO
                Corporation Counsel
                Attorney for Defendant
                THE CITY OF YONKERS
                City Hall, Room 300
                Yonkers, New York 10701
                (914) 377-6256

By: _____
                Rory McCormick (RM 3994)
                Associate Corporation Counsel


TO:  Osorio & Associates, LLC
      184 Martine Avenue
      White Plains, New York 10601

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008 I caused a true and correct copy of the foregoing ANSWER to be served by mail upon:

>Osorio & Associates, LLC
>184 Martine Avenue
>White Plains, New York 10601

Dated: June 9, 2008
       Yonkers, New York

_____
Rory McCormick