# Osorio & Associates, LLC

| | 184 Martine Avenue | *Of Counsel:* |
|---|---|---|
| *Members:* | White Plains, New York 10601 | Carlos Moreno |
| **Martha L. Osorio** | Tel: (914) 761-3168   Fax: (914) 761-8076 | David H. Hoffenberg, |
| | e-mail: Michael@Whiteplainslawyers.org | |
| **Michael H. Joseph,** | Website: www.whiteplainslawyers.org | Zoraya Arguelles Vrooman |
| | | *admitted to the Bar of Peru* |

August 22, 2008

Frank Rubino, Esq
Corporation Counsel City of Yonkers
By: Fax: 914- 964 0563

Re:  Williams, et. al. v. Campana, et. al.
     Civil Action No.:08- 4696 (CS)

Dear Counselors:

I write to advise that an initial conference has been scheduled for September 19, 2008 at 9:00 a.m., in the above referenced matter before the Honorable Cathy Seibel, U.S.D.J. Kindly mark your calendar accordingly.

If I can be of any further assistance, please call.

Very truly yours,

Michael H. Joseph, Esq.

c: Chambers of the Honorable Honorable Cathy Seibel
   By Fax: 914 390-4085